| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
|   | Attorney |
| 3 | Designated Counsel for Service |
|   | OFFICE OF THE FEDERAL DEFENDER |
| 4 | 801 "I" Street, 3rd Floor |
|   | Sacramento, CA 95814 |
| 5 | |
|   | Attorney for Defendant |
| 6 | SARA MARTINEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Mag. No. 2:16-MJ-147-CKD |
| | ) |
| Plaintiff, | )  STIPULATION AND ORDER |
| | )  TO EXTEND TIME FOR PRELIMINARY |
| v. | )  HEARING AND EXCLUDE TIME |
| | ) |
| SARA MARTINEZ, | ) |
| | )  NEW DATE:   September 1, 2016 |
| Defendant. | )  TIME:             2:00 p.m. |
| | )  NEW JUDGE:  Hon. Kendall J. Newman |
| | ) |

Plaintiff, United States of America, by and through Assistant United States Attorney MICHELLE RODRIGUEZ, and Defendant SARA MARTINEZ, through her attorney RACHELLE BARBOUR, of the Office of the Federal Defender, hereby stipulate to continue the Preliminary Hearing set for August 11, 2016 to September 1, 2016, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through September 1, 2016, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until September 1, 2016. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct

investigation and the government can provide advance discovery to defense counsel.  Ms. Martinez consents to this continuance.  Defense counsel has already notified the Spanish language court interpreter of this request for continuance and will notify her of the new date if the matter is continued.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

Dated:  August 3, 2016                                   Respectfully submitted,

                                                         HEATHER E. WILLIAMS
                                                         Federal Public Defender

                                                         */s/ R. Barbour*
                                                         RACHELLE BARBOUR
                                                         Attorney for Defendant
                                                         SARA MARTINEZ


Dated:  August 3, 2016                                   PHILLIP A. TALBERT
                                                         Acting United States Attorney

                                                         */s/ Michelle Rodriguez*
                                                         MICHELLE RODRIGUEZ
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff

# ORDER

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the

extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to September 1, 2016, at 2:00 p.m.

2. This time up to and including September 1, 2016 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated: August 3, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE